ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00033-KES-EPG |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA |
| v. | |
| DAVID RICHARD GARCIA JR. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the matter be set for change of plea on February 23, 2026.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    The parties have reached a plea agreement, filed contemporaneously with this stipulation.

2.    The soonest convenient date for the parties is February 23, 2026, for change of plea.

3.    Time has previously been excluded through February 11, 2026 for a status conference the parties seek to vacate with this stipulation.

4.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

Stipulation

b)    An ends-of-justice delay is particularly apt in this case because:

- Defendant wishes counsel present for change of plea.

c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 11, 2026 to February 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: February 3, 2026                    Respectfully submitted,

ERIC GRANT
United States Attorney

By    /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: February 3, 2026                    /s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant DAVID GARCIA

Stipulation                                    2

**ORDER**

IT IS SO ORDERED that the status conference set for February 11, 2026, is vacated. A change of plea hearing is set for **February 23, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to  18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **February 4, 2026**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

Stipulation

3