ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:25-CR-00033-KES-EPG** |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| DAVID RICHARD GARCIA, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID RICHARD GARCIA, JR. and ROBERT VENEMAN-HUGHES, Assistant U.S. Attorney for the Government, that the hearing currently scheduled for JUNE 8th, 2026, at 9:30 a.m. shall be continued until JUNE 29th, 2026 at 9:30 a.m.

1. Defendant, DAVID RICHARD GARCIA, JR. is scheduled for sentencing on June 8th, 2026,

2. The Defense filed Formal Objections to the Presentence Report on May 26th, 2026,

3. The Government filed a response to the Defense's objections on June 1st, 2026,

4. The Defense needs additional time to address the Government's response and prepare a Sentencing Memorandum,

5. There is no objection by the Government to the continuance,

1

Dated: June 2nd, 2026,                              Respectfully submitted,


                                                    _/s/Robert Lamanuzzi__
                                                    ROBERT LAMANUZZI
                                                    Attorney for Defendant,
                                                    DAVID RICHARD GARCIA, JR.


Dated: June 2nd, 2026,                              Respectfully submitted,


                                                    _/s/ROBERT VENEMAN-HUGHES____
                                                    ROBERT VENEMAN-HUGHES
                                                    Assistant U.S. Attorney




                                    **ORDER**


     The sentencing hearing for the above-named defendant, currently scheduled for JUNE 8,
2026, at 9:30 a.m., is continued until **JUNE 29TH, 2026, at 9:30 a.m.**


IT IS SO ORDERED.

     Dated:    June 2, 2026

                                    _____
                                    UNITED STATES DISTRICT JUDGE